BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD MITCH SHIVELEY,<br><br>  Defendant and Judgment Debtor,<br><br>WELLS FARGO BANK, N.A.,<br><br>  Garnishee. | Case No.: 2:15-MC-00102-MCE-CKD<br><br>**STIPULATION RE GARNISHMENT; AND ORDER THEREON**<br><br>[No Hearing Requested]<br><br>Criminal Case No.: 2:06-CR-00273-MCE |

   Plaintiff United States of America and defendant and judgment debtor Donald Mitch Shiveley (collectively the "Parties"), hereby stipulate to a final resolution of the United States' pending garnishment action against Mr. Shiveley's bank accounts at Wells Fargo Bank as follows:

   1.   On September 8, 2015, the United States sought, and the Clerk issued, a writ of garnishment against Defendant's bank accounts held by Wells Fargo Bank, N.A.  MC ECF Nos. 4 and 5, respectively.  By its writ, the United States sought to enforce the restitution order issued by the Court in Defendant's sentencing in Case 2:06-CR-00273-MCE on October 30, 2006 and incorporated into the Judgment filed January 31, 2007.  CR ECF No. 35.  Per the judgment, Defendant was ordered to pay $1,990,154.00 in restitution plus a $100.00 assessment.  *Id.*

Stipulation re Garnishment and Order

1

3. The United States served the writ of garnishment on Wells Fargo on September 8, 2015. MC ECF No. 6. Wells Fargo served its Acknowledgement and Answer (the "Answer") to the United States' writ on September 21, 2015. MC ECF No. 9. The Answer states that, as of September 9, 2015, Defendant has an interest in the following Wells Fargo accounts:

    A.    x-6463 -- $103;

    B.    x-7067 -- $0;

    C.    x-8670 -- $828.24; and

    D.    x-3592 -- $2,007.85.

4. The United States subsequently determined that account numbers x-6463 and x-8670 belong to Traci Shiveley, Defendant's former spouse. The United States does not seek a garnishment order against Mrs. Shiveley's accounts.

5. The Parties agree to resolve this garnishment proceeding by the liquidation and payment of $2,007.85 plus any subsequently deposited amounts to the Clerk of Court from Defendant's account numbers x-7067 and x-3592. Accordingly, the Parties agree that the Court can and should enter an order as follows:

    A.    Garnishing $2,007.85, plus any subsequently deposited amounts from Defendant's Wells Fargo accounts ending in numbers x-7067 and x-3592 and directing payment of this amount to the Clerk of the Court; and

    B.    Releasing the garnishment on Mrs. Shiveley's accounts ending in numbers x-6463 and x-8670.

6. Wells Fargo shall make the payment set forth in paragraph 5A, above, within 20 days following the filing of the order approving this stipulation. Upon the payment and processing of the garnished amounts, Wells Fargo may release the accounts to Defendant.

    Respectfully submitted,

FOR THE UNITED STATES:    BENJAMIN B. WAGNER
    United States Attorney

Dated: November 13, 2015    */s/ Kurt A. Didier*
    KURT A. DIDIER
    Assistant United States Attorney

Stipulation re Garnishment and Order

1 | FOR THE DEFENDANT:

3 | Dated: November 13, 2015                    */s/ Donald M. Shiveley*
                                                DONALD M. SHIVELEY, in pro per

Stipulation re Garnishment and Order

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the "Stipulation"), and good cause appearing therefrom, hereby APPROVES the Stipulation.  Accordingly, IT IS ORDERED that:

1. The United States' application for a final order of garnishment is GRANTED;

2. Wells Fargo Bank, N.A. shall DELIVER, within twenty (20) days of the filing of this Order, a cashier's check, money order or company draft in the sum of $2,007.85 plus any subsequently deposited amounts (the Garnishment Amount) drawn from defendant Donald Mitch Shiveley's bank accounts ending in numbers x-7067 and x-3592, and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Wells Fargo shall also state the docket number (Case No.: 2:06-CR-000273-MCE) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

3. Upon its payment of the Garnishment Amount to the Clerk of the Court as set forth above, Wells Fargo shall RELEASE its hold on account numbers x-7067 and x-3592;

4. Upon its receipt of this signed Order, Wells Fargo shall RELEASE its hold on account numbers x-6463 and x-8670; and

5. This is a final order of garnishment; upon payment and processing of the amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS SO ORDERED.

Dated:  November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE